UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMON CRAVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. MOORE,<br><br>　　　　　Defendant. | No.  2:17-cv-0303 CKD P<br><br><br>ORDER |

By order filed June 28, 2017, the undersigned denied plaintiff's request for an order directing prison staff to make copies of court documents when necessary.  (ECF No. 18 at 3.)  Instead, plaintiff was directed to show the appropriate correctional staff a copy of the order to prove he needed copies in order to complete the service packet for defendant Moore.  (Id.)  He was further advised that he could file another motion if he continued to be denied copies.  (Id.)  Plaintiff has now filed another motion for an order directing correctional staff to provide copies (ECF No. 19) and a motion for an extension of time to submit service documents based on the refusal to provide copies (ECF No. 20).

In the motion for a court order, plaintiff alleges that due to the division of responsibilities between the Department of State Hospitals and the California Department of Corrections and Rehabilitation as they relate to inmate legal copy requests, Senior MTA Cole is denying him copies and told that he must send any copy requests through the mail to the law library at a

different facility within the prison. (ECF No. 19 at 2-3.) Plaintiff is concerned that if he attempts to mail his request for copies to another facility's law library, he will never see his documents again. (Id. at 3.) He requests that the court send an order to the Salinas Valley State Prison's litigation coordinator requiring he be provided copies. (Id.)

Given the delay and risk of loss the procedure plaintiff describes would necessarily entail, it is questionable whether plaintiff is being advised of the proper procedure for obtaining copies where he is currently housed. Furthermore, there is no indication that plaintiff has attempted to contact the litigation coordinator himself for assistance in resolving the issue. (Id.) Since it appears that plaintiff has not gone through the proper channels at the prison to try and resolve this issue, the motion for a court order will be denied. Plaintiff is advised that he should contact the prison's litigation coordinator himself to try and resolve this issue before seeking further intervention from the court. In an effort to expedite resolution of this matter, the Clerk of Court will be directed to send a copy of this order and plaintiff's motion to the litigation coordinator. However, this does not mean that plaintiff is relieved of his responsibility for contacting the litigation coordinator himself.

Plaintiff also seeks an extension of his time to submit the service packet for defendant Moore because he is unable to obtain the necessary copies of the complaint. (ECF No. 20.) The deadline for plaintiff to submit the service packet is currently July 28, 2017. (ECF No. 18.) The undersigned will grant the request and the deadline will be extended by two weeks. In order to prevent further delay of service, and given the relatively short length of the complaint, the court will provide the necessary copies of the complaint. Plaintiff need only return the completed Notice of Submission of Documents, summons, and USM-285 form for defendant Moore.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a court order directing staff to make copies (ECF No. 19) is denied.

2. The Clerk of the Court is directed to fax a copy of this order and plaintiff's motion for court order (ECF No. 19) to the Salinas Valley State Prison's litigation coordinator at (831) 678-5544.

3. Plaintiff's motion for an extension of time (ECF No. 20) is granted.

4. Plaintiff shall have an additional fourteen days, up to and including August 11, 2017, to return the service documents outlined in this order.

Dated: July 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:crav0303.36.copies