UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMON CRAVER,<br><br>        Plaintiff,<br><br>   v.<br><br>A. MOORE,<br><br>        Defendant. | No. 2:17-cv-0303 JAM CKD P<br><br><br>ORDER |

By findings and recommendations filed February 7, 2018, the undersigned recommended that defendant's motion to revoke plaintiff's in forma pauperis status be denied and that defendant be required to respond to the complaint within twenty-one days. (ECF No. 30 at 4.) Plaintiff has now filed a motion for sanctions for defendant's alleged failure to comply with the findings and recommendations. (ECF No. 31.) In his motion, plaintiff asserts that defendant should be sanctioned $5,000.00, to be paid to plaintiff, for failing to respond to the complaint within twenty-one days. (Id.) The District Judge has not adopted the February 7, 2018 findings and recommendations and defendant is therefore currently not under any obligation to respond to the complaint. If the District Judge adopts the findings and recommendations, defendant's deadline to respond to the complaint will run from the date of the District Judge's order.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for sanctions (ECF No. 31) is denied.

Dated: March 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:crav0303.deny.sanctions