UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMON CRAVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. MOORE,<br><br>　　　　　Defendants. | No. 2:17-cv-0303 JAM CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 30.) Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2018 (ECF No. 30), are adopted in full;

2. Defendant's motion to revoke plaintiff's in forma pauperis status (ECF No. 26) is denied.

3. Defendant shall file and serve a response to the complaint within twenty-one days of the date of this order.

DATED: April 11, 2018

          /s/ John A. Mendez
          UNITED STATES DISTRICT COURT JUDGE