UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMON CRAVER, | No. 2:17-cv-0303 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. MOORE, | |
| Defendant. | |

This case is set for a settlement conference to take place on March 14, 2019 at the United States District Court in Sacramento. (ECF No. 39.) In setting the settlement conference the court also issued a writ of habeas corpus ad testificandum that called for plaintiff to be brought to the court for the settlement conference. (ECF No. 40.) Plaintiff has now filed a motion asking that the writ be quashed and the settlement conference take place by phone, due to his concerns about being housed at California State Prison, Sacramento for the settlement conference. (ECF No. 41.) Since plaintiff is currently housed at Mule Creek State Prison, the request to quash the writ will be denied and the court will instead amend the writ to require the same-day transport of plaintiff to and from the settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to quash (ECF No. 41) is denied and the court will issue an amended writ requiring same-day transport to and from the settlement conference.

1

2. A copy of this order shall accompany the concurrently filed amended writ being served on the Warden of Mule Creek State Prison at P.O. Box 409099, Ione, California 95640.

Dated: January 14, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:crav0303.quash.deny

2