# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ANDRE RAMON CRAVER,

      Plaintiff,

  v.

A. MOORE,

      Defendant.

No. 2:17-cv-0303 JAM CKD P

**AMENDED ORDER & WRIT OF CORPUS HABEAS AD TESTIFICANDUM**

    Andre Ramon Craver, CDCR # V-52031, a necessary and material witness in a settlement conference in this case on March 14, 2019, is confined in Mule Creek State Prison, 4001 Highway 104, Ione, California 95640, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U.S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, March 14, 2019, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, via **same-day transport**, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Mule Creek State Prison, P.O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, via **same-day transport**, until completion of the settlement conference or as ordered by the court and thereafter to return the inmate to the above institution. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 14, 2019

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

13:crav0303.841.amend